UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


MAWAR OENDI CHANDRA,

        Petitioner,

v.                                          Case No.  3:05-cv-560-J-20HTS

UNITED STATES,

        Respondent.

_____

### <u>ORDER OF TRANSFER</u>

Petitioner, a federal prisoner incarcerated at the Federal Correctional Complex (hereinafter FCC Coleman) in Coleman, Florida, initiated this action by filing a letter, construed as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  She seeks to spend the remaining portion of her federal sentence in home confinement.  The United States District Court for the Southern District of Florida transferred the case to the Middle District of Florida, stating that the appropriate venue is the district of confinement.  However, the case was sent to the Jacksonville Division, rather than the Ocala Division of this Court.

The appropriate venue in this action is the division in which Petitioner is incarcerated.  <u>See</u> <u>Fernandez v. United States</u>, 941 F.2d 1488, 1495 (11th Cir. 1991).  FCC Coleman is located within Sumter County, which is in the Ocala Division of this Court.

Therefore, pursuant to Local Rule 1.02(c) and 28 U.S.C. § 2241(d), this case is transferred to the **Ocala** Division of this Court for all further proceedings, and the Clerk shall immediately forward the file to that Division.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

sc 6/22
c:
Mawar Oendi Chandra
Civil Supervisor